# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**THELMA WILLIAMS**                                                        **PLAINTIFF**

VS.                          **No. 4:13-CV-00561-BRW**

**DOLLAR GENERAL DISCOUNT,** *et al.*                         **DEFENDANTS**

## <u>ORDER</u>

Plaintiff Thelma Williams' Motion for Discovery (Doc. No. 17) is DENIED as MOOT. All future motions should be filed with the Eighth Circuit Court of Appeals.

IT IS SO ORDERED this 27th day of December, 2013.

                                               /s/ Billy Roy Wilson
                                               UNITED STATES DISTRICT JUDGE