IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**THELMA WILLIAMS**                                                                         **PLAINTIFF**

VS.                              **No. 4:13-CV-00561-BRW**

**DOLLAR GENERAL DISCOUNT,** *et al.*                              **DEFENDANTS**

## ORDER

Plaintiff Thelma Williams' Motion for Discovery (Doc. No. 17) is DENIED as MOOT. All future motions should be filed with the Eighth Circuit Court of Appeals.

IT IS SO ORDERED this 27th day of December, 2013.

                                                    /s/ Billy Roy Wilson
                                                    UNITED STATES DISTRICT JUDGE